ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ASHISH KAUSHAL, | CASE NO. 2:25-CV-00421 TLN-CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO STAY CASE |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

Pursuant to this Court's November 13, 2026 Minute Order the parties submit the following stipulation and request to stay this case. The U.S. Attorney's Office was served with the summons and complaint by certified mail on November 18, 2025. *See* Fed. R. Civ. P. 4(i). The complaint alleges USCIS has delayed scheduling Plaintiff's asylum interview. The United States Citizenship and Immigration Services ("USCIS") has scheduled Plaintiff's asylum interview for January 7, 2026, at 8:30 a.m. USCIS will endeavor to complete its adjudication of Plaintiff's application within 120 days of the successful completion of the interview. Once adjudication is complete, the parties believe that this case will be moot.

*The remainder of this page is intentionally blank.*

1

Accordingly, the parties agree and stipulate that this case be stayed through and including May 7, 2026. The parties further request that all other filing deadlines and any initial scheduling conference be similarly vacated.

Respectfully submitted,

Dated: November 26, 2025

ERIC GRANT
United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ NNEKA JACKSON
NNEKA JACKSON
Counsel for Plaintiff

## ORDER

IT IS SO ORDERED.

DATED: November 26, 2025

_____
Troy L. Nunley
Chief United States District Judge